UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR03-128-JCC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| PATRICK LEROY PARKER, | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |
| | ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on May 7, 2007. The United States was represented by AUSA Karyn S. Johnson and the defendant by Robert W. Goldsmith. The proceedings were digitally recorded.

Defendant had been sentenced on or about June 11, 2003 by the Honorable Barbara Jacobs Rothstein on a charge of Bank Fraud, and sentenced to 15 months custody, 5 years supervised release.

The conditions of supervised release included the standard conditions plus the requirements that defendant participate in a drug dependency program, abstain from alcohol, submit to search, participate in mental health treatment, pay restitution in the amount of $19,184, provide his

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

01   probation officer with access to financial information, maintain a single checking account for all
02   transactions, provide information about any business interests, disclose all assets and liabilities,
03   refrain from establishing any new credit, and not possess any form of identification in any but his
04   true name. (Dkt. 22, 23.)  The case was subsequently re-assigned to the Honorable John C.
05   Coughenour.
06       In an application dated May 2, 2007 (Dkt. 26), U.S. Probation Officer Brian H. Rogers
07   alleged the following violation of the conditions of supervised release:
08       1.   Using cocaine on or about April 30, 2007, in violation of standard condition
09   number seven, and the mandatory condition that he refrain from any unlawful use of a controlled
10   substance.
11       Defendant was advised in full as to the charge and as to his constitutional rights.
12       Defendant admitted the alleged violation and waived any evidentiary hearing as to whether
13   it occurred.
14       I therefore recommend the Court find defendant violated his supervised release as alleged,
15   and that the Court conduct a hearing limited to the issue of disposition.  The next hearing will be
16   set before Judge Coughenour.
17       Pending a final determination by the Court, defendant has been detained.
18       DATED this 7th day of May, 2007.
19
20                                             Mary Alice Theiler
                                               United States Magistrate Judge
21
22

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2

cc:  District Judge:         Honorable John C. Coughenour
     AUSA:                   Karyn S. Johnson
     Defendant's attorney:   Robert W. Goldsmith
     Probation officer:      Brian H. Rogers

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3